The motion for leave to proceed further *in forma pauperis* is denied. The motion of the appellee to dismiss the appeal herein is granted and the appeal is dismissed for the want of jurisdiction. Section 237 (a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. W. B. Mitchell, pro se. Mr. Charles W. Greenough* for appellee.

No. 560. FIDELITY & CASUALTY COMPANY OF NEW YORK *v.* D. N. MORRISON CONSTRUCTION CO., INC. Motion submitted December 22, 1934. Decided January 7, 1935. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Parsons v. Federal Realty Corp.,* 105 Fla. 105; 143 So. 912; *Mutual Life Ins. Co. v. Hilton-Green,* 241 U. S. 613, 623; *American Fire Ins. Co. v. King Lumber Co.,* 250 U. S. 2, 10–11, 13–14; *Orient Ins. Co. v. Daggs,* 172 U. S. 557, 565–566; *National Ins. Co. v. Wanberg,* 260 U. S. 71, 73 *et seq.; Stipcich v. Insurance Co.,* 277 U. S. 311, 320; *Merchants Liability Co. v. Smart,* 267 U. S. 126, 129; *Hancock Mutual Life Ins. Co. v. Warren,* 181 U. S. 73, 76–77; *O'Gorman & Young v. Hartford Ins. Co.,* 282 U. S. 251, 257. *Messrs. John G. McKay* and *James A. Dixon* for appellant. *Messrs. Frederick M. Hudson* and *Garland M. McNutt* for appellee.

No. 561. FIDELITY & CASUALTY COMPANY OF NEW YORK *v.* COLEY & PETERSON, INC. Motion submitted December 22, 1934.

535

Decided January 7, 1935. *Per Curiam:* The motion of
the appellee to dismiss the appeal herein is granted, and
the appeal is dismissed for the want of a substantial fed-
eral question. *Parsons* v. *Federal Realty Corp.,* 105 Fla.
105; 143 So. 912; *Mutual Life Ins. Co.* v. *Hilton-Green,*
241 U. S. 613, 623; *American Fire Ins. Co.* v. *King Lumber
Co.,* 250 U. S. 2, 10–11, 13–14; *Orient Ins. Co.* v. *Daggs,*
172 U. S. 557, 565–566; *National Ins. Co.* v. *Wanberg,* 260
U. S. 71, 73 *et seq.; Stipcich* v. *Insurance Co.,* 277 U. S.
311, 320; *Merchants Liability Co.* v. *Smart,* 267 U. S. 126,
129; *Hancock Mutual Life Ins. Co.* v. *Warren,* 181 U. S.
73, 76–77; *O'Gorman & Young* v. *Hartford Ins. Co.,* 282
U. S. 251, 257. *Messrs. John G. McKay* and *James A.
Dixon* for appellant. *Messrs. Frederick M. Hudson* and
*Garland M. McNutt* for appellee.

No. —, original. Ex parte Mooney. January 7, 1935.
Return to rule to show cause presented.

No. 47. Enelow v. New York Life Insurance Co.
October 8, 1934. Petition for writ of certiorari to the Cir-
cuit Court of Appeals for the Third Circuit granted.
*Messrs. Charles H. Sachs* and *Louis Caplan* for petitioner.
*Messrs. Louis H. Cooke* and *William H. Eckert* for re-
spondent.

No. 51. Helvering, Commissioner of Internal Rev-
enue, v. Union Pacific R. Co. October 8, 1934. Peti-
tion for writ of certiorari to the Circuit Court of Appeals